UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JESSE SANCHEZ,

    Plaintiff,

v.

SLM CORPORATION,

    Defendant.

Case No. 1:22-cv-00267-AWI-EPG

ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

(ECF No. 9)

  On June 7, 2022, Plaintiff filed a notice voluntarily dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without an award of costs or fees. (ECF No. 9). Therefore, this action has been terminated, with prejudice and without an award of costs or fees. Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to close this case.

IT IS SO ORDERED.

  Dated: **June 8, 2022**      /s/ Erica P. Grosjean
                    UNITED STATES MAGISTRATE JUDGE

1